BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Krista M. Enns, Cal. Bar No. 206430
Antonia Stabile, Cal. Bar No. 329559
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628-600-2250
Email: kenns@beneschlaw.com
   astabile@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Michael J. Barrie (Pro Hac Vice Forthcoming)
Kevin M. Capuzzi (Pro Hac Vice Forthcoming)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: 302-442-7010
Email: mbarrie@beneschlaw.com
   kcapuzzi@beneschlaw.com

Attorneys for CPIF California, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br> AGTJ13 Manager, LLC,<br><br>    Debtor. | Case No. 2:24-bk-11412-SK<br><br>Chapter 11<br><br>**NOTICE OF ERRATA AS TO D.I. 14-16, 18-20** |

# **NOTICE OF ERRATA**

CPIF California, LLC (the "<u>Lender</u>") hereby provides notice that the caption for each of the listed documents below, should be replaced with the following.

In re:

    AGTJ13 Manager, LLC,

        Debtor.

Case No. 2:24-bk-11412-SK

Chapter 11

1. *Notice of Motion of CPIF California, LLC for the Appointment of a Chapter 11 Trustee* [D.I. 14];
2. *Motion of CPIF California, LLC for the Appointment of a Chapter 11 Trustee* [D.I. 15];
3. *Declaration of Robert Shields in Support of Motion of CPIF California, LLC to Appoint a Chapter 11 Trustee* [D.I. 16];
4. *Notice of Motion of CPIF California, LLC for Adequate Protection* [D.I. 18];
5. *Motion of CPIF California, LLC for an Order Granting Adequate Protection and Prohibiting Use of Cash Collateral Pursuant to Section 363(e) of the Bankruptcy Code* [D.I. 19]; and
6. *Declaration of Robert Shields in Support of Motion of CPIF California, LLC for an Order Granting Adequate Protection and Prohibiting Use of Cash Collateral Pursuant to Section 363(e) of the Bankruptcy Code* [D.I. 20].

Dated: March 12, 2024

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By:     */s/ Krista M. Enns*
        KRISTA M. ENNS, Cal Bar No. 206430
        ANTONIA STABILE, Cal. Bar No. 329559
        MICHAEL J. BARRIE (*pro hac vice* forthcoming)
        KEVIN M. CAPUZZI (*pro hac vice* forthcoming)

        Attorneys for CPIF California, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*):  Notice of Errata as to D.I. 14-16, 18-20

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/12/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Bender, rb@lnbyg.com; Krikor J. Meshefejian, kjm@lnbyg.com; Beth Ann R. Young, bry@lnbyg.com; Ron Maroko, ron.maroko@usdoj.gov; David W. Meadows, david@davidwmeadowslaw.com; United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov; Alan Craig Hochheiser ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com; Krikor J Meshefejian kjm@lnbyg.com;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sandra R. Klein
U.S. Bankruptcy Court
Central District of California - Los Angeles Division
Roybal Federal Building
255 E. Temple Street, Suite 1582/Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/12/2024 | Krista M. Enns | /s/ *Krista M. Enns* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.